IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-CR-00358-RJC-DSC

| USA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| COREY LAMONT DUNHAM, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court upon motion of the government for a continuance of the sentencing hearing from January 27, 2022. (Doc. No. 27).

For the reasons stated in the motion, the Court finds good cause for a continuance in this matter.

**IT IS, THEREFORE, ORDERED** that the above captioned case be continued to a date to be announced by separate order.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: January 21, 2022

Robert J. Conrad, Jr.
United States District Judge